STATE OF NEW JERSEY v. MARVIN RUSSELL.

December 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM GEORGE SMITH.

December 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM GODBOLT.

December 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER WATSON.

December 20, 1983.

Petition for certification denied. (See 191 *N.J.Super.* 464)

STATE OF NEW JERSEY v. JERRY CROOKS.

December 20, 1983.

Petition for certification denied.